[No. 9247–2–I.   Division One.   April 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CLINT WEBB, ET AL, *Appellants.*

Appeal from judgments of the Superior Court for King County, No. 80–1–01462–1, H. Joseph Coleman, J., entered August 4 and 28, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Callow, J.

[No. 9320–7–I.   Division One.   April 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH PATRICK WILLIAMS, *Appellant.*

*In the Matter of the Personal Restraint of* JOSEPH PATRICK WILLIAMS, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00712–9, Horton Smith, J., entered September 24, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, J., Ringold, J., dissenting.

[No. 8842–4–I.   Division One.   April 26, 1982.]

BARBARA M. MONTRESSOR, *Respondent,* v. LOMA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 854922, Herbert M. Stephens, J., entered May 9, 1980. *Reversed* and *remanded* by unpublished opinion per Andersen, C.J., concurred in by Callow and Durham, JJ.